# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137931

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 137931
             COA: 278704
             Wayne CC: 98-013901-FH

DEWITT L. SETTLES,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the October 28, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   KELLY,C.J., would grant leave to appeal to reconsider *People v Maxson,* 482 Mich 385 (2008).

   CAVANAGH, J., would grant leave to appeal.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

s0316

               Clerk